
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARVIN JOHANNE ALCON MARQUEZ, AKA Arvin Johanne Marquez, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 14-73672 <br><br> Agency No. A206-407-319 <br><br> MEMORANDUM<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 21, 2015<sup>**</sup>

Before:    CANBY, BEA, and MURGUIA, Circuit Judges.

Arvin Johanne Alcon Marquez, a native and citizen of the Philippines,

petitions pro se for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's decision denying his

application for withholding of removal and protection under the Convention

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008). We deny the petition for review.

Substantial evidence supports the BIA's determination that Alcon Marquez failed to establish that he was or would be persecuted on account of any protected ground. *See Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir. 2009) (the REAL ID Act "requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"); *Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) ("[a]n alien's desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"); *Molina-Morales v. INS*, 237 F.3d 1048, 1051-52 (9th Cir. 2001) (personal retribution is not persecution on account of a protected ground). Thus, Alcon Marquez's withholding of removal claim fails.

Substantial evidence also supports the BIA's denial of CAT relief because Alcon Marquez failed to establish it is more likely than not he would be tortured at the instigation of or with the acquiescence of the government if returned to the Philippines. *See Silaya*, 524 F.3d at 1073.

**PETITION FOR REVIEW DENIED.**